# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | Case No. 1:21CR00048-002 |
| v. | ) | **FINAL ORDER** |
| **SAMANTHA RENEE HAVENS,** | ) | Judge James P. Jones |
| Defendant. | ) | |

For the reasons stated in the Opinion filed herewith, it is **ORDERED** that the Motion to Dismiss by the United States, ECF No. 94, is GRANTED, and the Motion to Vacate Under 28 U.S.C. § 2255, ECF Nos. 82 is DISMISSED.  Because the defendant has not made the requisite showing of denial of a substantial right, it is further **ORDERED** that a certificate of appealability is DENIED.

ENTER:  February 26, 2024

/s/  James P. Jones
Senior United States District Judge